THE STATE OF NEW JERSEY, DEFENDANT IN ERROR, v. JOSEPH FERO, PLAINTIFF IN ERROR.

Submitted February 11, 1927—Decided March 24, 1927.

On error to the Supreme Court, whose *per curiam* is printed in 4 *N. J. Mis. R.* 501.

For the defendant in error, *Wilfred H. Jayne, Jr.*

For the plaintiff in error, *Alexander Simpson*.

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered *per curiam* in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, PARKER, KALISCH, BLACK, CAMPBELL, LLOYD, VAN BUSKIRK, McGLENNON, KAYS, HETFIELD, JJ. 11.

*For reversal*—None.